HMJ:hcs
AO 91 (Rev. 11/11) Criminal Complaint

2020R00261

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.                                   Case No.    20-mj-360 HB

BRANDEN MICHAEL WOLFE

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 28, 2020, in Minneapolis, in the State and District of Minnesota, defendant BRANDEN MICHAEL WOLFE aided and abetted the commission of arson in violation of 18 U.S.C § 844(i) (arson) and 18 U.S.C. § 2 (aiding and abetting).

I further state that I am an ATF Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
*Complainant's signature*
Nathan R. Boyer, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Date:   June 8, 2020

City and State:   St. Paul, MN

_____
*Judge's Signature*
The Honorable Hildy Bowbeer
United States Magistrate Judge
*Printed Name and Title*