# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: Hildy Bowbeer |
| | U.S. Magistrate Judge |
| v. | Case No: 20-mj-360 HB |
| | Date: June 9, 2020 |
| Branden Michael Wolfe, | Video Conference |
| | Court Reporter: Lynne Krenze |
| Defendant. | Time Commenced: 1:00 p.m. |
| | Time Concluded: 1:20 p.m. |
| | Time in Court: 20 minutes |

APPEARANCES:

Plaintiff: Evan Gilead, Assistant U.S. Attorney
Defendant: Doug Olson, Assistant Federal Public Defender
  X FPD      X To be appointed

Date Charges Filed: 6/8/2020      Offense: aiding and abetting the commission of arson

X Advised of Rights

on    X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered
Next appearance date is June 11, 2020 at 2:00 p.m. via video conference before U.S. Magistrate Judge Hildy Bowbeer for:
  X Detention hrg      X Preliminary hrg

Additional Information:

X Defendant consents to this hearing via video conference

s/Janet Midtbo<br>Signature of Courtroom Deputy