# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE:   Hildy Bowbeer |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          20-mj-360 HB |
| | ) | Date:              June 11, 2020 |
| Branden Michael Wolfe, | ) | Court Reporter:   Erin Drost |
| | ) | Video Conference |
| Defendant. | ) | Time Commenced:   2:16 p.m. |
| | | Time Concluded:   3:30 p.m. |
| | | Time in Court:      2 hours, 14 minutes |

x **PRELIMINARY/DETENTION HRG**
        Time in Court Prelim/Det: 67 minutes/ 67 minutes

APPEARANCES:

  Plaintiff: Harry Jacobs, Assistant U.S. Attorney
  Defendant: Doug Olson
                        X FPD

On    X Complaint

X Deft Ordered Detained - Govt to submit proposed order

  X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

  X Defendant consents to this hearing via video conference

  Govt exhibit 1 admitted.
  Nathan Boyer testified.

                                                          _____
                                                                   s/Janet Midtbo
                                                          Signature of Courtroom Deputy