UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-mj-360 (HB)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  i.<br><br>BRANDEN MICHAEL WOLFE,<br><br>        Defendant. | **ORDER GRANTING PARTIES' SECOND JOINT MOTION FOR EXTENSION OF TIME FOR FILING INDICTMENT** |

This matter is before the Court on the parties' joint motion, pursuant to 18 U.S.C. § 3161(h)(7), for a 60-day extension of time to file an indictment in the above-captioned matter. According to the joint motion, an indictment against Defendant currently must be filed by July 26, 2020.

After consideration of the joint motion, the reasons stated therein, and the record before it, including the agreement by the parties and Defendant's consent, the Court makes the following

FINDINGS OF FACT:

1. The a 60-day extension of the time period in which the United States is required to bring the matter before the grand jury serves the interests of Defendant, the public, and justice.

2. Specifically, the United States and the Defendant have a mutual interest in having further discussions prior to the return of an indictment in this case. Without the

requested extension, the parties will not have the opportunity to resolve this matter prior to indictment; and

3. The ends of justice served by granting the parties' joint motion outweigh the interests of the public and Defendant in a speedy trial.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The parties' joint motion for a 60-day extension of time to file an indictment in the above-captioned matter is GRANTED;

2. Any indictment in this matter must be filed on or before September 24, 2020.

3. The time period from July 26, 2020, through September 24, 2020 is excluded under 18 U.S.C. § 3161(h)(7)(B)(iv).


Dated:  July 27, 2020  *s/Katherine M. Menendez*
The Honorable Katherine M. Menendez
United States Magistrate Judge